Mark T. Flewelling (# 96465)
  mflewelling@afrct.com
Viddell Lee Heard (# 175049)
  vheard@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
301 N. Lake Ave, Suite 1100
Pasadena, CA 91101-4158
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Plaintiff
WELLS FARGO BANK, N.A.,
a national banking association

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DELORDES ROBLES, a/k/a MARIA L. ROBLES, an individual; WEST H&A LLC, a Delaware limited liability company; DEUTSCHE MELLON NATIONAL ASSET, LLC, a Wyoming limited liability company; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE; and Does 1 through 25,<br><br>Defendants, | Case No: 2:17-cv-08428-ODW-E<br><br>**PROOF OF PERSONAL SERVICE ON WEST H&A LLC, A DELAWARE LIMITED LIABILITY COMPANY** |

| Attorney or Party without Attorney: <br> ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP <br> MARK T. FLEWELLING (96465) <br> 301 N. LAKE AVE., SUITE 1100 <br> PASADENA, CA 91101 <br> Telephone No: 626-535-1900 | For Court Use Only |
|---|---|
| Attorney For: Plaintiff       Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |

| Plaintiff: WELLS FARGO BANK, N.A., ETC. |
|---|
| Defendant: MARIA DELORDES ROBLES, ETC, ET AL. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:17-CV-08428-ODW-E |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action on the First Amended Complaint, First Amended Complaint, Notice of Pending Action, Civil Cover Sheet, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program, Civil Minutes-General

3. a. Party served:      WEST H&A LLC, A DELAWARE LIMITED LIABILITY COMPANY
   b. Person served:   JORDAN ANDERSON, JORDAN ANDERSON, AUTHORIZED TO ACCEPT SERVICE AT CORPNET, INCORPORATED, REGISTERED AGENT, SERVED UNDER F.R.C.P. Rule 4.

4. Address where the party was served:   340 N. WESTLAKE BLVD. SUITE 210, WESTLAKE VILLAGE, CA 91362

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Dec 18 2017 (2) at: 09:03 PM

6. **Person Who Served Papers:**
   a. Craig Eriksen (2016016661, Los Angeles)          d. The Fee for Service was: $180.67
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12/19/2017
(Date)                                                                     (Signature)

PROOF OF SERVICE                                                                                 1876199
                                                                                                (3511472)

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On January 17, 2018, I served a copy of the foregoing document entitled:

**PROOF OF PERSONAL SERVICE ON WEST H&A LLC, A DELAWARE LIMITED LIABILITY COMPANY**

on the interested parties in said case as follows:

**Served By Means Other Than Via The Court's CM/ECF System:**

See Attached Service List

[X] **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on January 17, 2018.

|  Jill Ashley  | /s/ *Jill Ashley* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

## Service List

Wells Fargo Bank, N.A. v. Maria Delordes Robles; et al.
USDC/Central Case No. 2:17-cv-08428-ODW-E

Maria Robles
1550 W. 55th Street
Los Angeles, CA  90062

WEST H&A LLC
C/o Corpnet, Inc. (Philip Akalp)
340 N. Westlake Blvd, Suite 210
Westlake Village, CA  91362

WEST H&A LLC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA  90210

DEUTSCHE MELLON NATIONAL ASSET, LLC
C/o Registered Agents, Inc. (Shelley Humphreys)
1267 Willis Street, Suite 500
Redding, CA 96001

DEUTSCHE MELLON NATIONAL ASSET, LLC
C/o Registered Agents, Inc.
412 N. Main Street, Suite 100
Buffalo, WY  82834

DEUTSCHE MELLON NATIONAL ASSET, LLC
C/o Registered Agents, Inc.
30 N. Gould Street, Suite R
Sheridan, WY  82801

DEUTSCHE MELLON NATIONAL ASSET, LLC
412 N. Main Street, Suite 100
Buffalo, WY  82834

DEUTSCHE MELLON NATIONAL ASSET, LLC
10940 Wilshire Blvd, Suite 1600
Los Angeles, CA  90024