**JS-6**

**CASE CLOSED**

# United States District Court
# Central District of California

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA DELORDES ROBLES, a/k/a MARIA L. ROBLES, an individual; WEST H&A LLC, a Delaware limited liability company; DEUTSCHE MELLON NATIONAL ASSET, LLC, a Wyoming limited liability company; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE; and Does 1 through 25,<br><br>　　　　　　Defendants. | Case № 2:17-cv-08428-ODW(E)<br><br>**JUDGMENT** |

On November 17, 2017, Plaintiff Wells Fargo filed this action against Defendants Maria Robles, West H&A LLC, and Deutsche Mellon National Asset LLC (collectively "Defendants") and subsequently filed the operative First Amended Complaint ("FAC") on December 7, 2017. (ECF Nos. 1, 9.) Wells Fargo alleges two causes of action pursuant to California Civil Code section 3412: (1) Cancellation of the August 2017 Fraudulent Assignment to West H&A; and (2) Cancellation of the October 2017 Fraudulent Assignment to DMNA. (*See* First Amended Complaint ("FAC"), ECF No. 9.)

Wells Fargo served the FAC on each named Defendant. (ECF Nos. 16–17, 21.) Defendants failed to plead, respond, or otherwise defend in the action. (ECF Nos. 24, 26.) Upon Wells Fargo's request, the Clerk entered default against each defendant. (ECF Nos. 23–26.) Wells Fargo then moved the Court to enter default judgment against all Defendants on March 19, 2018. (ECF No. 28.) The Court granted Wells Fargo's Motion on April 6, 2018. (ECF No. 31.)

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that the August 2017 Fraudulent Assignment, recorded August 22, 2017 as instrument no. 20170952348, and the October 2017 Fraudulent Assignment, recorded October 23, 2017 as instrument no. 20171209297, are declared **VOID** *ab initio* and **CANCELED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

April 16, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**